IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JOSEPH IRA PATTERSON,

                Plaintiff,

v.                                         CIVIL ACTION NO. 3:11-0943

WEST VIRGINIA REGIONAL JAIL
AND CORRECTIONAL FACILITY
AUTHORITY, et al.,

                Defendants.

**MEMORANDUM OPINION AND ORDER**

      This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court grant the defendant's Motion to Dismiss (Doc. #2), dismiss the Complaint, with prejudice (Doc. 1-1) and remove it from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

      Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** the defendant's Motion to Dismiss (Doc. #2), **DISMISSES** the Complaint, with prejudice (Doc. 1-1) and removes it from the docket of the Court, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

        ENTER:      August 10, 2012

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE